**The DeHaan Law Firm P.C.**
Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

JOHN W. DEHAAN, ESQ.
WWW.DEHAAN-LAW.COM

October 27, 2026

**Via ECF**
Hon. Robyn F. Tarnofsky, U.S. Magistrate Judge
U.S. District Court – S.D.N.Y.
40 Foley Square
New York, NY 10007

**Re: Valentin v. Bisignano, Comm'r of Soc. Sec.**
**Docket No.: 1:26-CV-06607-JLR-RFT**

Dear Magistrate Judge Tarnofsky:

I represent the plaintiff, Daniel W. Valentin, in the above-referenced matter seeking review of the Commissioner's denial of Social Security benefits. Kristina Cohn from the Office of General Counsel represents the Commissioner.

I write in accordance with Local Social Security Rule 4.1 and Your Honor's Individual Practice Rules to request an extension of the briefing schedule in this case with the following changes:

| | Current Deadline | ***New Deadline*** |
|---|---|---|
| Plaintiff to Serve Motion | November 4, 2026 | ***February 1, 2027*** |
| Defendant to Serve Response | December 4, 2026 | ***April 2, 2027*** |
| Plaintiff to Serve Reply | December 18, 2026 | ***April 16, 2027*** |

I make this request because I have multiple scheduling conflicts in October which have prevented me from working on this brief, as well as an additional 7 briefs due in November and multiple briefs already due in December and January 2027. As a result, I cannot complete the plaintiff's moving papers by the current deadline, and I am trying to avoid having to ask for multiple adjournments.

I have consulted with Ms. Cohn, and she consents to this request and agrees to the proposed schedule. There have been no prior adjournments of these deadlines.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**
By: /s/ *John W. DeHaan*
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc: Kristina Cohn, OGC (Via Email)

Application GRANTED. Plaintiff shall file his motion by **February 1, 2027**; Defendant shall file its response by **April 2, 2027**; and Plaintiff shall file his reply, if any, by **April 16, 2027**. The Clerk of Court is respectfully requested to terminate ECF 8.

Dated: October 27, 2026
New York, NY

SO ORDERED
[signature]
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE